UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60040-CIV-SMITH

MARINES LUGO,

    Plaintiff,

v.

MARTIN O'MALLEY,
*Commissioner of the Social Security Administration*,

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation (the "Report") [DE 28] of the Honorable Alicia O. Valle, U.S. Magistrate Judge, on Plaintiff's Motion for Summary Judgment [DE 24] and Defendant's Response [DE 26] and Defendant's Cross-Motion for Summary Judgment [DE 25]. In her thorough and well-reasoned Report, Judge Valle recommends that: the Plaintiff's Motion for Summary Judgment be denied, Defendant's Motion for Summary Judgment be granted, and the Administrative Law Judge's Decision be affirmed. Plaintiff filed objections to the Report [DE 29], essentially repeating her initial arguments to the Magistrate Judge. Defendant filed a response to the objections [DE 30].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having considered Judge Valle's Report, Plaintiff's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Valle's well-reasoned analysis and her recommendations. Accordingly, it is

**ORDERED** that:

1) The Report and Recommendation [DE 28] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Defendant Martin O'Malley, Commissioner of the Social Security Administration's Motion for Summary Judgment [DE 25] be **GRANTED**.

3) Plaintiff Marines Lugo's Motion for Summary Judgment [DE 24] be **DENIED**.

4) The Commissioner of the Social Security Administration's decision is **AFFIRMED**.

5) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 3rd day of March, 2025.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All counsel of record